```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                          Case No: 8-23-74476-las

Park & Main Restaurant, Inc.
dba Taste American Grill dba Il Vizio Park
dba VL Restaurant Group, Inc.                                   Chapter 11
fdba The Crazy Owl and American Grill
fdba Taste Grille & Wine Bar,

                    Debtor.
---------------------------------------------------------x
```

## ORDER GRANTING *IN REM* RELIEF

4851 Merrick Associates, LLC (the "Landlord"), by their attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP, having filed a motion (the "Motion") [Dkt. Nos. 18, 19] seeking an order modifying the automatic stay with prejudice pursuant to 11 U.S.C. § 362(d) and granting *in rem* relief pursuant to 11 U.S.C. § 105(a) with respect to the premises located at 4857, 4859 and 4861 Merrick Road, Massapequa, New York 11762 (the "Premises"); and this Court having held a hearing on shortened notice on the Motion on December 19, 2023 (the "December 19 Hearing"); and Heath S. Berger, Esq., having appeared on behalf of the Landlord, and William Birmingham, Esq., having appeared on behalf of the Office of the United States Trustee, and Louis Prudente, the principal of the Debtor, having appeared; and this Court have received no opposition to the Motion and having had due deliberation thereon, for the reasons set forth on the record at the December 19 Hearing, it is

**ORDERED** that the Landlord's request for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) is denied as moot for the reasons set forth on the record at the December 19 Hearing; and it is further

**ORDERED** that the Landlord's request for *in rem* relief pursuant to 11 U.S.C. § 105(a) is granted to the extent set forth herein; and it is further

**ORDERED** that any future filing by the Debtor or any other person or entity claiming an interest in the Premises within 180 days from the entry of this Order shall not operate as an automatic stay against the Landlord, its successors and/or assigns, except upon separate and proper application to the Court.

Dated: December 20, 2023
Central Islip, New York



_Louis A. Scarcella_
**Louis A. Scarcella
United States Bankruptcy Judge**